L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name **Tara Konyves**    Case No. **18-11412 elf**

Address **3737 President St**    Chapter of Case _____

Telephone Number (home) **267-284-6535**    Date Case Filed _____

Telephone Number (work) _____

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   **Yong Wu - 2521 S Galloway St, Phila, PA 19148 - 217-691-8547**

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   **Real Estate Agent**

3. a. Total fee charged by person or business named above $ **0.00**

   b. Amount of fee paid as of the date you filed bankruptcy $ **0.00**

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?

   (**YES**)    NO    (circle one)

4. Were various chapters or types of bankruptcy explained to you?

   (**YES**)    NO    (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

   (**YES**)    NO    (circle one)

FILED
MAR -1 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

6. Did the preparer give you a copy of the papers he prepared for you?

(YES)    NO    (circle one)

Date: 03/01/2018    _____