# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | TARA ARLINE KONYVES, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-11412 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's request for an extension of time in which to comply with the requirements of 11 U.S.C. §109(h)(1), see id. §109(h)(3)(A) and (B),

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor shall comply with the requirements of 11 U.S.C. §109(h)(1) **on or before April 2, 2018**.

Date: **March 2, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc: Tara Arline Konyves
    3737 President St.
    Philadelphia, PA 19114