**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Tara Arline Konyves | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-11412 |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 03/1/2018, this case is hereby DISMISSED.

Date: March 28, 2018

ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

    Matrix
    Chapter 13 Plan
    Chapter 13 Statement of Current Monthly Income
    Means Test Calculation 122C-2
    Schedule AB-J
    Statement of financial Affairs
    Summary of Assets and Liabilities B106